**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: _____

BRIAN SHAND, and others similarly situated,

    Plaintiffs,

v.

SEATBELT SOLUTIONS, LLC, a Florida Limited Liability Company, JEFF BIEGUN HOLDINGS, LLC, a Florida Limited Liability Company, and JEFFREY L. BIEGUN, individually,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL OF ACTION

TO THE CLERK OF THE ABOVE-ENTITLED COURT, BRIAN SHAND, AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Defendants, SEATBELT SOLUTIONS, LLC, JEFF BIEGUN HOLDINGS, LLC, and JEFFREY L. BIEGUN, have been named and served as Defendants in the above-captioned matter. The Defendants now remove the action to this Court pursuant to 28 U.S.C. §§1331 and 1441. In support of this Notice of Removal, the Defendants show as follows:

## FACTS

1.    A summons and a Complaint, with the caption *Brian Shand v. Seatbelt Solutions, LLC, et al.* was served on the Defendants on April 14, 2022 (as to SEATBELT SOLUTIONS, LLC) and April 18, 2022 (as to JEFF BIEGUN HOLDINGS, LLC and JEFFREY L. BIEGUN). A copy of the returns of service, Summons and Complaint, which were served on the Defendants

less than thirty (30) days ago and constitute all process, pleadings, and orders served in that case is attached as **Exhibit "A"**.

2. Paragraph 1 of the Complaint alleges that "[T]his is an action . . . pursuant to the Fair Labor Standards Act, as amended (29 U.S.C. §201, et seq., hereinafter "FLSA") to recover unpaid minimum wages and/or overtime compensation…"

3. Further, Paragraph 2 invokes the Court's jurisdictions pursuant to the FLSA.

4. Further, Counts I-III of the Complaint allege the violation of the FLSA and seek remedies under the FLSA.

5. Likewise, Counts IV-VI of the Complaint allege unlawful retaliation under the FLSA and seek remedies under the FLSA.

6. No other claims are made in the Complaint. Thus, as stated in the Complaint, all causes of action alleged in the Complaint, are for the recovery of damages under the laws of the United States based on 29 U.S.C. §201 et sec.

7. Because the Complaint makes allegations based on the Fair Labor Standards Act – a federal statute – the Complaint presents an original federal question, and jurisdiction in this Court is proper pursuant to 28 U.S.C. §1331.

8. Venue is proper in this District pursuant to 28 U.S.C. §1391(b) and the Local Rules of the United States District Court for the Southern District of Florida, West Palm Beach Division, because the Complaint alleges that the underlying facts occurred within Palm Beach County, Florida – in the Southern District of Florida. See, *Compl.* at ¶4-5

9. Pursuant to 28 U.S.C. §1441(a), a Defendant may remove any action within this Court's original jurisdiction to this Court.

10. This Notice of Removal is timely in that it has been filed within thirty (30) days of Defendants' first receipt of Plaintiff's Complaint through service of process as shown in **Exhibit "A"**. See, 28 U.S.C §1446(b).

## NOTICE TO PLAINTIFF

Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Southern District of Florida, written notice of such filing will be served on Plaintiff's counsel of record. In addition, a copy of this Notice of Removal will be filed with the Clerk of the Court for the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL.

WHEREFORE, having provided notice as required by law, Defendants remove the aforesaid State court action to this Court under the style shown above.

Respectfully submitted, this 4th day of May, 2022.

> ADI AMIT, P.A.
> *Attorneys for Defendants*
> 101 NE 3rd Ave., Suite 300
> Fort Lauderdale, Florida 33301
> Phone:   (954) 533-5922
> Fax:     (954) 302-4963
> E-mail:  adi@defenderofbusiness.com
>
> By: *s/Adi Amit*
> Adi Amit, Esquire
> Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 4, 2022, a true and correct copy of the foregoing Notice of Removal was served by first class mail and electronically to Daniel H. Hunt, Esq., P.O. Box. 565096, Miami, FL 33256. (dhuntlaw@gmail.com).

> /s/ *Adi Amit*
> Adi Amit